ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9319
Facsimile:  (702) 255-2858
E-Mail:  rschumacher@grsm.com
          dwrenn@grsm.com

*Attorneys for Defendant,*
*MIDWEST FAMILY MUTUAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIZONA CIVIL CONSTRUCTORS, INC., a Nevada corporation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>COLONY INSURANCE COMPANY; HDI GLOBAL SPECIALTY SE, fka INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE; MIDWEST FAMILY MUTUAL INSURANCE COMPANY; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | CASE NO.  2:20-cv-00010-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND MIDWEST FAMILY MUTUAL INSURANCE COMPANY'S DEADLINE TO FILE RESPONSE TO COMPLAINT** |

Pursuant to Local Rules 6-1 and 7-1, Defendant MIDWEST FAMILY MUTUAL INSURANCE COMPANY ("Midwest") and Plaintiff ARIZONA CIVIL CONSTRUCTORS, INC. ("ACC") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as stated below.

**STIPULATION**

1. ACC filed a Complaint in the Eighth Judicial District Court, Clark County,

Nevada ("State Court") on November 18, 2019.

2. On December 30, 2019, Defendant Colony Insurance Company filed a Notice of Removal in State Court. On the same day, a Notice of Removal was also filed with this Court. ECF No. 1-1.

3. Prior to the removal, Midwest's deadline to file a response to the Complaint was December 30, 2019. Pursuant to FRCP 81(2)(c), Midwest's response deadline became January 8, 2020.

4. Midwest requests additional time to file its response up to and including Wednesday, January 22, 2020.

5. ACC does not oppose Midwest's requested extension.

6. Accordingly, Midwest will file its response to ACC's Complaint on January 22, 2020.

7. This stipulation is not made for purposes of delay.

DATED this 15th day of January, 2020.

Respectfully Submitted By:

| GORDON REES SCULLY MANSUKHANI, LLP | FENNEMORE CRAIG, P.C. |
|---|---|
| */s/ Dione C. Wrenn* _____ <br> ROBERT E. SCHUMACHER, ESQ. <br> Nevada Bar No. 7504 <br> DIONE C. WRENN, ESQ. <br> Nevada Bar No. 13285 <br> 300 South 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* <br> *Midwest Family Mutual Insurance Co.* | */s/ Chelsie A. Adams* _____ <br> JOHN RANDALL JEFFERIES, ESQ. <br> Nevada Bar No. 3512 <br> BRANDI M. PLANET, ESQ. <br> Nevada Bar No. 11710 <br> CHELSIE A. ADAMS, ESQ. <br> Nevada Bar No. 13058 <br> 300 South 4th Street, 14th Floor <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiff* <br> *Arizona Civil Constructors, Inc.* |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 21, 2020

-2-