| | |
|---|---|
| 1 | Kevin C. Barrett, State Bar No. 8959 |
| | **BARRETT & MATURA, P.C.** |
| 2 | 7575 Vegas Drive, Suite 150c |
| | Las Vegas, NV 89128 |
| 3 | Telephone: (702) 833-1033 |
| | Facsimile: (602) 792-5711 |
| 4 | Email: kbarrett@barrettmatura.com |
| 5 | *Attorney for Colony Insurance Company* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIZONA CIVIL CONSTRUCTORS, INC., a Nevada corporation, | |
| Plaintiff, | Case No. 2:20-cv-00010-JAD-DJA |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR GOOD FAITH DETERMINATION OF SETTLEMENT** |
| COLONY INSURANCE COMPANY; HDI GLOBAL SPECIALTY SE, fka INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE; MIDWEST FAMILY MUTUAL INSURANCE COMPANY; DOES I-X, inclusive; AND ROE CORPORATIONS I-X, inclusive, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rule 7-1 and IA 6-1, the parties hereby submit this Stipulation and Order to extend the deadline to respond to Plaintiff's Motion for Good Faith Determination of Settlement, filed with this Court on April 10, 2020 (ECF 19). Due to the recent health concerns and limited staffing, the parties require additional time in order to respond to this Motion. In addition, Plaintiff Arizona Civil Constructors, Inc. and Defendant Colony Insurance Company ("Colony") have agreed to engage in settlement discussions, which may affect Colony's response to this Motion.

Therefore, the parties request that this Court order an extension of thirty (30) days in which to file a Response. Said Response will be due on May 25, 2020.

This Stipulation is submitted in good faith and not to cause any unnecessary delay.

This is the first request for such an extension.

DATED this 23rd day of April 2020.

BARRETT & MATURA, P.C.

By: /s/ *Kevin C. Barrett*
Kevin C. Barrett
7575 Vegas Drive, Suite 150c
Las Vegas, NV 89128
*Attorney for Defendant Colony Insurance Company*

By: /s/ *Brandi M. Planet*
John Randall Jefferies, Esq.
Brandi M. Planet, Esq.
Chelsie A. Adams, Esq.
300 South 4th Street, 14th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Arizona Civil Constructors, Inc.*

By: /s/ *Dione C. Wrenn*
Robert S. Schumacher
Dione C. Wrenn
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant Midwest Family Mutual Insurance Company*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: April 27, 2020.

2