1  Kevin C. Barrett, State Bar No. 8959
**BARRETT & MATURA, P.C.**
2  7575 Vegas Drive, Suite 150c
Las Vegas, NV 89128
3  Telephone: (702) 833-1033
Facsimile: (602) 792-5711
4  Email: kbarrett@barrettmatura.com

5  *Attorney for Colony Insurance Company*

6

                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8

   ARIZONA CIVIL CONSTRUCTORS, INC., a
9  Nevada corporation,                         Case No. 2:20-cv-00010-JAD-DJA

10           Plaintiff,

11 v.                                           **JOINT MOTION AND ORDER TO
                                                EXTEND DEADLINE TO RESPOND
12 COLONY INSURANCE COMPANY; HDI                TO MOTION FOR GOOD FAITH
   GLOBAL SPECIALTY SE, fka                     DETERMINATION OF SETTLEMENT**
13 INTERNATIONAL INSURANCE
   COMPANY OF HANNOVER SE;                      **(Fourth Request)**
14 MIDWEST FAMILY MUTUAL
   INSURANCE COMPANY; DOES I-X,
15 inclusive; AND ROE CORPORATIONS I-X,
   inclusive,
16           Defendants.
17

18         Pursuant to Local Rule 7-1 and IA 6-1, Plaintiff and Defendant Colony Insurance

19 Company hereby submit this Joint Motion and Order to extend the deadline to respond to

20 Plaintiff's Motion for Good Faith Determination of Settlement, filed with this Court on

21 April 10, 2020 (ECF 19). Due to the ongoing health concerns and limited staffing, the

22 parties require additional time in order to adequately review all of the necessary

23 documentation and respond to this Motion. Counsel for Colony recently was required to

24 close its offices once again. In addition, Plaintiff and Defendant Colony have been actively

25 participating in ongoing discussions and efforts to try to resolve the claims as between them.

26 However, given the continuing closures due to COVID-19, communication among counsel

27 and the parties themselves has been significantly affected and delayed more than usual. The

28

1  parties would like an opportunity to fully engage in these discussions in order to either avoid

2  unnecessary Court time and resources or, in the alternative, in order to fully and adequately

3  respond to the Motion.

4        Therefore, these parties jointly request that this Court order an additional extension

5  of 30 days, or until July 20, 2020 to file a Response.

6        This Stipulation is submitted in good faith and not to cause any unnecessary delay.

7  This is the parties' fourth request for an extension.

8        DATED this 19th day of June 2020.

9

10                                   BARRETT & MATURA, P.C.

11                                   By:    /s/ *Kevin C. Barrett*
                                            Kevin C. Barrett
12                                          7575 Vegas Drive, Suite 150c
                                            Las Vegas, NV  89128
13                                          *Attorney for Defendant Colony Insurance*
                                            *Company*
14

15                                   By:    /s/ *Brandi M. Planet*
                                            John Randall Jefferies, Esq.
16                                          Brandi M. Planet, Esq.
                                            Chelsie A. Adams, Esq.
17                                          300 South 4th Street, 14th Floor
                                            Las Vegas, Nevada 89101
18                                          *Attorneys for Plaintiff Arizona Civil*
                                            *Constructors, Inc.*
19

20                                   IT IS SO ORDERED

21

22

23                                   _____
                                     UNITED STATES DISTRICT JUDGE
24                                   Dated: June 23, 2020.

25

26

27

28                                              2