ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9319
Facsimile:  (702) 255-2858
E-Mail:  rschumacher@grsm.com
             dwrenn@grsm.com

*Attorneys for Defendant,*
*MIDWEST FAMILY MUTUAL INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIZONA CIVIL CONSTRUCTORS, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>COLONY INSURANCE COMPANY; HDI GLOBAL SPECIALTY SE, fka INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE; MIDWEST FAMILY MUTUAL INSURANCE COMPANY; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO.  2:20-cv-00010-JAD-DJA<br><br>**[AMENDED] STIPULATION AND ORDER TO EXTEND ARIZONA CIVIL CONSTRUCTORS, INC.'S DEADLINE TO FILE REPLY IN SUPPORT OF ITS MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Defendant MIDWEST FAMILY MUTUAL INSURANCE COMPANY ("Midwest") and Plaintiff ARIZONA CIVIL CONSTRUCTORS, INC. ("ACC") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit this Amended Stipulation and Order pursuant to the Court's Minute Order [ECF No. 30], and stipulate as stated below.

///

-1-

## STIPULATION

1. On April 10, 2020, ACC filed a Motion for Determination of Good Faith Settlement (ECF No. 19).

2. On April 23, 2020, the Parties and Defendant Colony Insurance Company ("Colony") jointly filed a stipulation to extend the time for Midwest and Colony to respond to ACC's Motion to May 25, 2020 ("First Stipulation") (ECF No. 20). The Court granted the First Stipulation on April 27, 2020 (ECF No. 21).

3. Subsequently, on May 19, 2020, the Parties and Colony submitted a joint stipulation to further extend the time for Midwest and Colony to respond to ACC's Motion from May 25, 2020 to June 8, 2020 ("Second Stipulation") (ECF No. 22). The Court granted the Second Stipulation on May 20, 2020 (ECF No. 23).

4. On June 5, 2020, the Parties and Colony submitted a third joint stipulation to further extend the time for Midwest and Colony to respond to ACC's Motion from June 8, 2020 to June 19, 2020 ("Third Stipulation") (ECF No. 24). The Third Stipulation was granted on June 10, 2020 (ECF No. 25).

5. The First through Third Stipulations were made in light of negotiations between ACC and Defendants to resolve this matter.

6. On June 19, 2020, Midwest filed its Opposition to Plaintiff's Motion (ECF No. 27). ACC's deadline to file a Reply in Support of its Motion ("Reply") is June 26, 2020.

7. ACC requests add requests additional time to file its Reply up to and including July 27, 2020.[1] The reason for this extension is to conserve time and resources to allow ACC to file one comprehensive reply after Colony Insurance files its opposition on July 20, 2020.

8. Midwest does not oppose ACC's requested extension.

9. Accordingly, ACC will file its reply on July 27, 2020.

///

///

---

[1] ACC previously requested that it have until July 10 to file its reply. This new requested deadline takes into account the filing deadline for Defendant Colony Insurance's Opposition to the pending motion.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1    10.    This stipulation is not made for purposes of delay.

2    DATED this 26th day of June 2020.          DATED this 26th day of June 2020.

**GORDON REES SCULLY**                          **FENNEMORE CRAIG, P.C.**
**MANSUKHANI, LLP**

*/s/ Dione C. Wrenn*                             */s/ Brandi M. Planet*

ROBERT E. SCHUMACHER, ESQ.          JOHN RANDALL JEFFERIES, ESQ.
Nevada Bar No. 7504                              Nevada Bar No. 3512
DIONE C. WRENN, ESQ.                      BRANDI M. PLANET, ESQ.
Nevada Bar No. 13285                            Nevada Bar No. 11710
300 South 4th Street, Suite 1550             CHELSIE A. ADAMS, ESQ.
Las Vegas, Nevada 89101                       Nevada Bar No. 13058
*Attorneys for Defendant*                       300 South 4th Street, 14th Floor
*Midwest Family Mutual Insurance Co.*   Las Vegas, Nevada 89101
                                                              *Attorneys for Plaintiff*
                                                              *Arizona Civil Constructors, Inc.*

**ORDER**

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** 6/29/2020

-3-