ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
E-Mail:  rschumacher@grsm.com
           dwrenn@grsm.com

*Attorneys for Defendant,*
*MIDWEST FAMILY MUTUAL INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIZONA CIVIL CONSTRUCTORS, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>COLONY INSURANCE COMPANY; HDI GLOBAL SPECIALTY SE, fka INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE; MIDWEST FAMILY MUTUAL INSURANCE COMPANY; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | CASE NO.  2:20-cv-00010-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND MIDWEST FAMILY MUTUAL INSURANCE COMPANY'S DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT [ECF NO. 39]**<br><br>**[SECOND REQUEST]** |

Pursuant to Local Rules 6-1 and 7-1, Defendant MIDWEST FAMILY MUTUAL INSURANCE COMPANY ("Midwest") and Plaintiff ARIZONA CIVIL CONSTRUCTORS, INC. ("ACC") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as stated below.

**STIPULATION**

1. On August 25, 2020, the Court issued an order granting Midwest's Motion to

1  Dismiss ACC's First Amended Complaint ("Order").  *See* ECF No. 36.

2      2.    In its Order, the Court permitted ACC leave to amend its Complaint no later than

3  September 4, 2020.  *Id*., p. 16.

4      3.    ACC filed a First Amended Complaint [ECF No. 39] on September 4, 2020.

5      4.    Midwest's response deadline is September 18, 2020.

6      5.    On September 18, 2020, Midwest and ACC submitted a Joint Stipulation and

7  Order to Extend Midwest's Deadline to Respond to Plaintiff's First Amended Complaint.  *See*

8  ECF No. 45.  Midwest requested additional time to file its response up to and including

9  September 25, 2020.

10      6.    The joint stipulation was denied by this Court for lack of information necessary

11  for the Court to determine whether good cause exists for the requested extension.  *See* ECF No.

12  46.

13      7.    Midwest and ACC hereby submit this second request, which provides further

14  details with respect to the basis for Midwest's sought extension for more time.

15      8.    Midwest requests a seven (7) day extension, up to and including September 25,

16  2020, to file its response to ACC's First Amended Complaint.

17      9.    Midwest requires additional time to assess the 747 pages of documents attached to

18  Plaintiff's First Amended Complaint, and to confer with counsel, in order to determine whether

19  to file a dispositive motion or a responsive pleading.

20      10.    ACC does not oppose Midwest's requested extension.

21      11.    Accordingly, Midwest will file its response to ACC's Complaint on September

22  25, 2020.

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    12.   This stipulation is not made for purposes of delay.

2  DATED this 21st day of September 2020.          DATED this 21st day of September 2020.

**GORDON REES SCULLY**                **FENNEMORE CRAIG, P.C.**
**MANSUKHANI, LLP**

*/s/ Dione C. Wrenn*                                    */s/ Chelsie A. Adams*
ROBERT E. SCHUMACHER, ESQ.              JOHN RANDALL JEFFERIES, ESQ.
Nevada Bar No. 7504                     Nevada Bar No. 3512
DIONE C. WRENN, ESQ.                    CHELSIE A. ADAMS, ESQ.
Nevada Bar No. 13285                    Nevada Bar No. 13058
300 South 4th Street, Suite 1550   300 South 4th Street, 14th Floor
Las Vegas, Nevada 89101                 Las Vegas, Nevada 89101
*Attorneys for Defendant*               *Attorneys for Plaintiff*
*Midwest Family Mutual Insurance*       *Arizona Civil Constructors, Inc.*
*Company*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2020